59 Cal.Rptr.3d 441 (2007)
159 P.3d 33
BULLOCK (Jodie)
v.
PHILIP MORRIS USA, INC. (Piuze).
No. S143850.
Supreme Court of California.
May 23, 2007.
Transferred to Court of Appeal, Second District, Division Three, after hold.
The above-entitled matter is transferred to the Court of Appeal, Second Appellate District, Division Three, with directions to vacate its decision and to reconsider the cause in light of the U.S. Supreme Court's decision in Philip Morris USA v. Williams (2007) ___ U.S. ___, 127 S.Ct. 1057, ___ L.Ed.2d ___. (Cal. Rules of Court, rule 8.528(d).)
GEORGE, C. J., KENNARD, BAXTER, WERDEGAR, CHIN, MORENO, and CORRIGAN, JJ., concur.